## First Department, December, 1940.
### (December 6, 1940.)

Else Deffaa, Appellant, v. The Falco Mortgage Corp., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Great American Indemnity Company, Appellant, v. North Shore Bus Company, Inc., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Paul W. Le Fevre, Respondent, v. Elizabeth McKee and David McKee, Defendants, Impleaded with Thomas J. Buttikofer and Alice Buttikofer, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Paul D. Le Fevre, as Executor, etc., of Jude E. Le Fevre, Deceased, Respondent, v. Elizabeth McKee and David McKee, Defendants, Impleaded with Thomas J. Buttikofer and Alice Buttikofer, Appellants.— Judgment in favor of the plaintiff Paul D. Le Fevre, as executor, etc., unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, unless said plaintiff stipulates to reduce the judgment as entered to the sum of $24,108.75; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Robert Thomas, an Infant, by Robert C. Thomas, His Guardian ad Litem, and Robert C. Thomas, Appellants, v. The City of New York and The Board of Education of the City of New York, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Glennon, J., dissents and votes to reverse and reinstate the verdict in favor of plaintiffs.

Liberty Mutual Insurance Company, Appellant, v. Edmond Agostini and Edwin Agostini, Respondents, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion to strike out the first, second and fourth separate and distinct affirmative defenses granted. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

William Rebane, Appellant, v. Minera Ulshen, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Emily Danes, Respondent, v. 1 West 39th Street Corporation, Defendant, Appellant, and Lesser-Brasel, Inc., and Harry Furst Co., Inc., Impleaded Defendants, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Dorothy M. Gareiss, Appellant, v. Guaranty Trust Company of New York and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title to the Real Property Required for the Widenings of Southern Boulevard,